J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Disney Enterprises, Inc.

**COPY**

FILED
2009 JUL 10 PM 2:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CV09-04968 AHM PJWx**

| | |
|---|---|
| Disney Enterprises, Inc., | Case No. |
| Plaintiff, | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| v. | DEMAND FOR A JURY TRIAL |
| Movie Goods, Inc., Robert McLauchlan, Robert L. Deakin, All Movie Replicas, and Does 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Disney Enterprises, Inc. ("Disney") for its Complaint alleges as follows:

**A.    Jurisdiction and Venue**

1.    Disney brings this action pursuant to 17 U.S.C. §§ 101, *et seq*. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and § 1338(a).

2.    The events giving rise to the claim alleged herein occurred, among other places, within this judicial district. Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a).

**B.    Introduction**

3.    Disney produces, distributes and/or owns various creative works, including but not limited to motion pictures and television shows that are entitled to copyright protection.  Defendants, through various online venues ("the Websites"), are engaged in the printing, importation, distribution, promotion, sale and offer for sale of motion picture related merchandise, including, but not necessarily limited to, unauthorized posters which incorporate Disney's copyrights without Disney's authorization ("the Unauthorized Product").  Disney is informed and believes and based thereon alleges that this infringement activity is systematic and willful. Disney asks that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act.").

**C.    Plaintiff Disney**

4.    Disney is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5.    Disney or one of its affiliated companies is engaged in a variety of businesses including, without limitation, the operation of the Walt Disney World resort complex and the Disneyland resort, producing and distributing motion pictures and television programs, operating stores and hotels, publishing and selling books, computer software, records and tapes, and providing entertainment services.

6.     A significant aspect of Disney's business is the merchandising and licensing of distinctive elements associated with its motion picture and television programs.  The distinctive elements licensed and/or merchandised by Disney include, but are not limited to, books, posters and similar printed materials based upon feature length motion pictures produced over a period of more than seventy years, including, but not limited to, *101 Dalmatians, Aladdin, Beauty and the Beast, Bolt, Cars, Hannah Montana the Movie, The Incredibles, Meet the Robinsons, Nightmare Before Christmas, Pirates of the Caribbean: The Curse of the Black Pearl, Pirates of the Caribbean: Dead Man's Chest, Pirates of the Caribbean: At World's End, Race to Witch Mountain, Ratatouille, Up,* and *Wall-E* (hereinafter referred to as the "Disney Motion Pictures").

7.     The revenue from products sold in the United States which use the Disney Motion Pictures is substantial.  The expression and other features of the Disney Motion Pictures are inherently distinctive and serve to identify Disney and its licensees as the source of products bearing the Disney Motion Pictures.  The design, configuration and distinctive features of the Disney Motion Pictures and other Disney copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as the "Disney Properties") are wholly original with Disney and, as fixed in various tangible media, including merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., Sections 101 *et seq.*

8.     Disney, and its predecessors in interest, including Walter E. Disney, have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the copyrights to the Disney Properties, and Disney owns one or more certificates of registration for works in which each of the Disney Properties appear.  A non-exhaustive representative list of copyright registrations for the Disney Properties is attached hereto as Exhibit A.

9.     Products featuring the Disney Properties which are manufactured, sold and distributed by Disney or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws.  Disney and those acting under its authority have complied with its obligations under the copyright laws and Disney, in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of the Disney Properties.

**D.     The Parties: Defendants**

10.     Disney is informed and believes, and upon that basis alleges, that Defendant Movie Goods, Inc. ("Movie Goods") is a Delaware corporation with its principal place of business in Las Vegas, Nevada.  Disney is further informed and believes that Movie Goods transacts business as www.moviegoods.com and www.allmoviereplicas.com by selling, offering for sale, importing, advertising and distributing the Unauthorized Product in this judicial district.

11.     Disney is informed and believes, and upon that basis alleges, that Defendant Robert McLauchlan ("McLauchlan") is an individual residing in Las Vegas, Nevada.  Disney is further informed and believes that McLauchlan is actively engaged in the operation, management and control of Movie Goods.

12.     Disney is informed and believes, and upon that basis alleges, that Defendant Robert L. Deakin ("Deakin") is an individual residing in Las Vegas, Nevada.  Disney is further informed and believes that Deakin is actively engaged in the operation, management and control of Movie Goods.

13.     Disney is informed and believes, and upon that basis alleges, that Defendant All Movie Replicas ("AMR") is a business entity, the form of which is currently unknown, with its principal place of business located in Coquitlam, British Columbia, Canada.  Disney is further informed and believes that AMR transacts business as www.allmoviereplicas.com.  AMR is subject to the jurisdiction of this Court and is selling, offering for sale, importing, advertising and distributing the Unauthorized Product in this judicial district.

14.     Disney is informed and believes, and upon that basis alleges, that at all relevant times each of the defendants Does 1 through 10, inclusive, are unknown to Disney, who therefore sues such Doe defendants as individuals and/or business entities, agents, partners, and/or employees of the named Defendants, which, in taking the actions alleged in this Complaint, were acting within the scope of such

agency, partnership, and/or employment.  Movie Goods, McLauchlan, Deakin, AMR and Does 1 through 10 are hereinafter collectively referred to as "Defendants."

**F.   Defendants' Activities**

15.    Long after Disney's adoption and use of the Disney Properties in connection with products and long after federal registration of those properties, Defendants copied, reproduced, distributed, advertised and/or sold and continue to copy, reproduce, distribute, advertise and/or sell unauthorized copies of merchandise bearing the Disney Properties, including, but not necessarily limited to, the Disney Properties identified in paragraph 6, above.

16.    Disney is informed and believes that Defendants' activities constitute willful and intentional counterfeiting of the Disney Properties, are in total disregard of Disney's rights, were commenced with knowledge that the use of any of the Disney Properties or a copy or a colorable imitation thereof, was and is in direct contravention of Disney's rights.

17.    The use by Defendants of the Disney Properties has been without the consent of Disney, is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to and does falsely create the impression that the goods sold by Defendants are authorized, sponsored, or approved by Disney when, in fact, they are not.

18.     Disney has no adequate remedy at law and is suffering irreparable harm and damages as a result of the acts of Defendants as aforesaid in an amount thus far not determined.

## G.     Disney's Damages

19.     Disney is informed and believes, and upon that basis alleges, that the Defendants have each obtained gains, profits and advantages as a result of their infringing acts in amounts within the jurisdiction of the Court.

20.     Disney is informed and believes, and upon that basis alleges, that it has suffered and continues to suffer direct and actual damages as result of the Defendants' infringing conduct as alleged herein, in amounts within the jurisdiction of this Court.  In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Disney will require an accounting from each Defendant of all monies generated from the printing, importation, distribution and/or sale of the Unauthorized Product as alleged herein. In the alternative, Disney may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each Disney Property infringed.

21.     Disney has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Disney is informed and believes, and upon that basis alleges, that, unless enjoined by the Court, the unlawful infringement by the Defendants of the Disney Properties will continue with irreparable harm and damage to Disney.  Accordingly,

Disney seeks and requests preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502.

22.     By reason of the foregoing, Disney has incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims herein, which attorneys' fees and costs Disney is entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

23.     Disney is without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Disney will be irreparably harmed by Defendants' deliberate and systematic infringement of its rights.

## PRAYER FOR RELIEF

WHEREFORE, Disney demands:

A.     That Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of said Defendants, be immediately and permanently enjoined from:

1.     Directly or indirectly infringing the Disney Properties in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any merchandise which infringes the Disney Properties, and, specifically:

2.      Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Disney Properties;

3.      Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Disney Properties;

4.      Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Disney, are sponsored, approved or licensed by Disney or are in some way affiliated with Disney;

5.      Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Disney;

6.      Otherwise competing unfairly with Disney in any manner;

7.      Destroying or otherwise disposing of

a.  Merchandise falsely bearing the Disney Properties;

b.  Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Disney Properties;

c.  Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of the Disney Properties;

d.  Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing the Disney Properties;

e.  Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Product;

B.    That those Defendants infringing upon the Disney Properties be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Disney's elections;

C.    That actual damages be trebled pursuant to 15 U.S.C. § 1117;

D.     That Defendants account for and pay over to Disney all damages sustained by Disney and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

E.     That Defendants hold as constructive trustees for the benefit of Disney any and all real and/or personal properties and assets consisting of and/or obtained from profits derived from Defendants' infringing activities and that Disney be granted possession of these properties;

F.     That Disney recover from Defendants its costs of this action and reasonable attorneys' fees; and

G.     That Disney has all other and further relief as the Court may deem just and proper under the circumstances.


Dated: _July 10_, 2009          J. ANDREW COOMBS, A Prof. Corp.


                                By: J. Andrew Coombs
                                    Nicole L. Drey
                                Attorneys for Plaintiff Disney Enterprises, Inc.

1

2

## **DEMAND FOR JURY TRIAL**

3      Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Disney

4  Enterprises, Inc. hereby demands a trial by jury of all issues so triable.

5

6  Dated: _____, 2009          J. ANDREW COOMBS, A Prof. Corp.

7

8                                    _____

9                                    By: J. Andrew Coombs
                                         Nicole L. Drey
10                                   Attorneys for Plaintiff Disney Enterprises, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## Exhibit A

2

### Disney's Properties

3

| Copyright Registration | Title of Work | Nature of Work |
|---|---|---|
| VA 764-547 | 101 Dalmatians (Teaser) | One Sheet Poster |
| VA 794-303 | 101 Dalmatians (Live Action) | One Sheet Poster |
| VA 554-373 | Aladdin | One Sheet Teaser |
| VA 542-103 | Aladdin | One Sheet Poster (Children's) |
| VA 478-708 | Beauty and the Beast | One Sheet Poster |
| VA 1-659-592 | Bolt | One Sheet |
| VA 1-321-239 | Cars | One Sheet |
| VA 1-349-862 | Cars Welcome to Radiator Springs One Sheet | One Sheet |
| VA 1-662-550 | Hannah Montana the Movie | One Sheet |
| VA 1-269-417 | The Incredibles One Sheet Teaser | One Sheet |
| VA 1-283-964 | The Incredibles One Sheet (2) | One Sheet |
| VA 1-388-374 | Meet the Robinsons | One Sheet |
| VA 625-815 | Tim Burton's The Nightmare Before Christmas | One Sheet Poster |
| VA 1-323-837 | Pirates of the Caribbean (2): Dead Man's Chest One Sheet Teaser | One Sheet |
| VA 1-349-828 | Pirates of the Caribbean Dead Man's Chest One Sheet | Artwork |
| VA 1-199-111 | Pirates of the Caribbean One Sheet | One Sheet |
| VA 1-413-226 | POC 3: At World's End – Jack One Sheet | One Sheet |
| VA 1-414-969 | POC3: At World's End – Theatrical Banner (Group Walking) | Theatrical Banner |
| VA 1-414-972 | POC3: At World's End – Jack Sparrow | Bus Shelter – One Sheet |
| VA 1-414-973 | POC3: At World's End – Will Turner | Bus Shelter – One Sheet |
| VA 1-414-970 | POC3: At World's End – Barbossa | Bus Shelter – One Sheet |

28

1

2

3

4

5

6

7

8

| VA 1-414-968 | POC3: At World's End – Davy Jones | Bus Shelter – One Sheet |
|---|---|---|
| VA 1-414-971 | POC3: At World's End – Elizabeth Swan | Bus Shelter – One Sheet |
| VA 1-388-094 | Ratatouille | One Sheet |
| VA 1-662-551 | Race to Witch Mountain | One Sheet |
| VA 1-662-553 | UP – Teaser One Sheet | One Sheet |
| VA 1-662-552 | UP – Final One Sheet | One Sheet |
| VAu 961-364 | Wall-E One Sheet Teaser | One Sheet |
| VA 1-655-763 | Wall-E One Sheet | One Sheet |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

J. Andrew Coombs (SBN 1236_.)
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc. | **CASE NUMBER** |
| PLAINTIFF(S) <br> v. <br> Movie Goods, Inc., Robert McLauchlan, Robert L. Deakin, All Movie Replicas, and Does 1 through 10, inclusive, | **CV09-04968 AHM** PJWx |
| DEFENDANT(S). | **SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
J. Andrew Coombs _____, whose address is:

J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206

an answer to the  ☒ complaint  ☐_____amended complaint  ☐ counterclaim  ☐ cross-claim
which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Dated: _____JUL 1 0 2009_____

Clerk, U.S. District Court

By: _____
          Deputy Clerk

*(Seal of the Court)*