1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Nicole L. Drey (SBN 250235)
    *nicole@coombspc.com*
3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
4   Glendale, California  91206
    Telephone:  (818) 500-3200
5   Facsimile:   (818) 500-3201

6   Attorneys for Plaintiffs Disney
    Enterprises, Inc. and Twentieth
7   Century Fox Film Corporation

8

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12  Disney Enterprises, Inc. and Twentieth   )   Case No. CV09-4968 SJO (PJWx)
    Century Fox Film Corporation,            )
13                                           )   AMENDED CONSENT DECREE
                        Plaintiffs,          )
14                                           )
            v.                               )
15                                           )
    Movie Goods, Inc., Robert McLauchlan,    )
16  Robert L. Deakin, All Movie Replicas,    )
    and Does 1 through 10, inclusive,        )
17                                           )
                        Defendants.          )
18

19          The Court, having read and considered the Joint Stipulation for Entry of

20  Consent Decree and Permanent Injunction that has been executed by Plaintiffs

21  Disney Enterprises, Inc. and Twentieth Century Fox Film Corporation (collectively

22  "Plaintiffs") and Defendants Movie Goods, Inc., Robert L. Deakin and Robert

23  McLauchlan (collectively "Defendants") in this action, and good cause appearing

24  therefor, hereby:

25          ORDERS that based on the parties' stipulation this Injunction shall be and is

26  hereby entered in the within action as follows:

27

28

    Disney, et al. v. Movie Goods, et al.: Consent Decree          - 1 -

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)      Plaintiffs own or control the pertinent rights in and to their respective copyright and trademark registrations listed in Exhibits A-D attached hereto and incorporated herein by this reference.  The copyrights and trademarks identified in Exhibits A-D are collectively referred to herein as "Plaintiffs' Properties".

3)      Defendants are alleged to have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

4)      Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

a)      Infringing Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, displaying, selling and/or offering for sale any unauthorized or commercial product or logo which features any of Plaintiffs' Properties except as authorized by law, including the First Sale Doctrine ("Unauthorized Products"), and, specifically from:

i)      Importing, manufacturing, reproducing, distributing, advertising, displaying, selling and/or offering for sale the Unauthorized Products or any other unauthorized products or logos which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties except as authorized by law, including the First Sale Doctrine;

ii)      Importing, manufacturing, reproducing, distributing, advertising, displaying, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers

which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties except as authorized by law, including the First Sale Doctrine;

iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs except as authorized by law, including the First Sale Doctrine;

iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of either of the Plaintiffs except as authorized by law, including the First Sale Doctrine.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants after hearing and determination on Defendants' motion to have their injunction and consent decree filed under seal.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9)     This Court shall retain jurisdiction over the Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof.

DATED:
12/28/10

*S. James Otero*

_____
Hon. S. James Otero
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
     J. Andrew Coombs
     Annie S. Wang
     Nicole L. Drey
Attorneys for Plaintiffs Disney
Enterprises, Inc. and Twentieth
Century Fox Film Corporation

Grant, Genovese & Baratta, LLP

By: _____
     James M. Baratta
     Jason S. Roberts
Attorneys for Defendants Movie
Goods, Inc. and Robert L.
Deakin

Law Offices of Samuel
Kornhauser

By: _____
     Samuel Kornhauser
Attorney for Defendant Robert
McLauchlan

## Exhibit A
## Disney's Copyright Registrations

| Copyright Registration | Title of Work | Nature of Work |
|---|---|---|
| VA 764-547 | 101 Dalmatians (Teaser) | One Sheet Poster |
| VA 794-303 | 101 Dalmatians (Live Action) | One Sheet Poster |
| VA 554-373 | Aladdin | One Sheet Teaser |
| VA 542-013 | Aladdin | One Sheet Poster (Children's) |
| VA 478-708 | Beauty and the Beast | One Sheet Poster |
| VA 1-659-592 | Bolt | One Sheet |
| VA 1-321-239 | Cars | One Sheet |
| VA 1-349-862 | Cars Welcome to Radiator Springs One Sheet | One Sheet |
| VA 1-662-550 | Hannah Montana the Movie | One Sheet |
| VA 1-269-417 | The Incredibles One Sheet Teaser | One Sheet |
| VA 1-283-964 | The Incredibles One Sheet (2) | One Sheet |
| VA 1-388-374 | Meet the Robinsons | One Sheet |
| VA 628-815 | Tim Burton's The Nightmare Before Christmas | One Sheet Poster |
| VA 1-323-837 | Pirates of the Caribbean (2): Dead Man's Chest One Sheet Teaser | One Sheet |
| VA 1-349-828 | Pirates of the Caribbean Dead Man's Chest One Sheet | Artwork |
| VA 1-199-111 | Pirates of the Caribbean One Sheet | One Sheet |
| VA 1-413-226 | POC 3: At World's End – Jack One Sheet | One Sheet |
| VA 1-414-969 | POC3: At World's End – Theatrical Banner (Group Walking) | Theatrical Banner |
| VA 1-414-972 | POC3: At World's End – Jack Sparrow | Bus Shelter – One Sheet |
| VA 1-414-973 | POC3: At World's End – Will Turner | Bus Shelter – One Sheet |
| VA 1-414-968 | POC3: At World's End – Davy Jones | Bus Shelter – One Sheet |
| VA 1-414-970 | POC3: At World's End – Barbossa | Bus Shelter – One Sheet |

| | | |
|---|---|---|
| VA 1-414-971 | POC3: At World's End – Elizabeth Swan | Bus Shelter – One Sheet |
| VA 1-388-094 | Ratatouille | One Sheet |
| VA 1-662-551 | Race to Witch Mountain | One Sheet |
| VA 1-662-553 | UP – Teaser One Sheet | One Sheet |
| VA 1-662-552 | UP – Final One Sheet | One Sheet |
| VAu 961-364 | Wall-E One Sheet Teaser | One Sheet |
| VA 1-655-763 | Wall-E One Sheet | One Sheet |
| VA 1-676-629 | Alice In Wonderland (Tim Burton – Mad Hatter) – One Sheet | One Sheet |
| PA 1-688-323 | Toy Story 3 | Motion Picture |

1
2

**Exhibit B**
**Disney's Trademark Registrations**

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Walt Disney Presents (Words, Letters)(IC 016) | 0,826,419 | March 28, 1967 |
| Disney (Word Mark) (IC 009) | 3,235,413 | April 24, 2007 |
| Touchstone (Design, Plus Words) (IC 041) | 1,534,696 | April 11, 1989 |
| Tinkerbell Design Mark (Design Only)(IC 016) | 3,624,833 | May 19, 2009 |
| Castle & Circle (Design)(IC 009; IC 041) | 77154442 (Serial Number) | April 11, 2007 (Filed Date) |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Disney v. Movie Goods: Consent Decree

# Exhibit C
## Twentieth Century Fox Film Corporation's Copyright Registrations

| Copyright Registration | Title of Work | Nature of Work |
|---|---|---|
| VA 985-763 | Fight Club (Version A) | One Sheet |
| VA 1-367-993 | Little Miss Sunshine (Version A) | One Sheet |
| Pending | Post Grad | One Sheet |
| VA 1-318-226 | Mr. and Mrs. Smith (Version C) | One Sheet |
| VA 1-296-850 | Mr. and Mrs. Smith (Version B) | One Sheet |
| VA 1-296-853 | Mr. and Mrs. Smith (Version A) | One Sheet |
| VA 1-357-628 | The Devil Wears Prada (Version A) | One Sheet |
| VA 1-398-159 | Borat: Cultural Learnings of America For Make Benefit Glorious Nation of Kazakhstan (Version A) | One Sheet |
| Pending | Jennifer's Body (Version B) | One Sheet |
| VA 1-626-612 | Juno (Version A) | One Sheet |
| VA 1-653-473 | Slumdog Millionaire | One Sheet |
| VA 1-659-615 | The Wrestler | One Sheet |
| Pending | Alvin and the Chipmunks: The Squeakquel (Version A) | One Sheet |
| Pending | X-Men Origins: Wolverine (Version A) | One Sheet |
| VA 1-107-737 | Ice Age (Version A) | One Sheet |
| VA 1-123-250 | Ice Age (Version B) | One Sheet |
| VA 1-357-627 | Ice Age: The Meltdown (Version A) | One Sheet |
| Pending | Ice Age: Dawn of the Dinosaurs (Version B) | One Sheet |
| VA 1-628-710 | Ice Age: Dawn of the Dinosaurs (Version A) | One Sheet |
| VA 1-413-199 | The Simpsons Movie (Version B) | One Sheet |
| VA 1-388-073 | The Simpsons Movie (Version A) | One Sheet |

| VA 1-626-762 | Alvin and the Chipmunks (Version B) | One Sheet |
|---|---|---|
| VA 1-623-512 | Alvin and the Chipmunks (Version A) | One Sheet |
| VA 1-317-348 | Fantastic Four (Version B) | One Sheet |
| VA 1-362-976 | Night at the Museum (Version A) | One Sheet |
| Pending | Night at the Museum: Battle of the Smithsonian (Version A) | One Sheet |
| VA 994-602 | X-Men (Version A) | One Sheet |
| VA 1-181-649 | X2 (Version B) | One Sheet |
| VA 1-160-428 | X2 (Teaser) | One Sheet |
| VAu 737-989 | X-Men The Last Stand: X3 Rogue (Teaser) | One Sheet |
| VA 1-323-851 | X-Men The Last Stand: X3 (Version A) | One Sheet |
| VAu 737-988 | X-Men The Last Stand: X3 Phoenix (Teaser) | One Sheet |
| VAu 737-987 | X-Men The Last Stand: X3 Beast (Teaser) | One Sheet |
| VAu 737-990 | X-Men The Last Stand: X3 Storm (Teaser) | One Sheet |
| VAu 737-985 | X-Men The Last Stand: X3 Wolverine (Teaser) | One Sheet |
| VAu 737-986 | X-Men The Last Stand: X3 Angel (Teaser) | One Sheet |
| VA 1-678-989 | Avatar – Production Stills (Set 1) | Photographs |
| Pending | Avatar – Version A | One Sheet |
| PA 1-657-873 | Tooth Fairy | Motion Picture |

**Exhibit D**
**Twentieth Century Fox Film Corporation's Trademark Registrations**

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Fox Searchlight Pictures (Design, Words) (IC 009) | 2,128,531 | January 13, 1998 |
| Fox Searchlight Pictures (Design, Words) (IC 041) | 2,087,047 | August 12, 1997 |
| 20th Century Fox (Design, Words) (IC 009) | 1,932,593 | November 7, 1995 |
| 20th Century Fox (Design, Words) (IC 041) | 1,884,026 | March 14, 1995 |
| Twentieth Century Fox (Typed Drawing) (IC 041) | 1,602,948 | June 19, 1990 |
| Twentieth Century-Fox (Typed Drawing) (IC 009) | 1,237,164 | May 10, 1983 |
| 20th Century Fox (Design, Words) (IC009) | 1,011,919 | May, 27, 1975 |
| Twentieth Century Fox Film Corporation (Design, Words) (IC 009) | 0,336,090 | June 23, 1936 |